UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                    CRIMINAL NO. 04-80517

v.

CHRISTOPHER HARRISON,

       Defendant.

_____/

## ORDER OF DISMISSAL

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the complaint against Christopher Harrison.  Accordingly, it is hereby ordered that the complaint against that defendant be dismissed, and that defendant's appearance bond, if any, be canceled.

                                    s/ Mona K. Majzoub
                                    HONORABLE MONA K. MAJZOUB
                                    United States Magistrate Judge

Dated: September 29, 2009